PER CURIAM.
AFFIRMED. See Volt Info. Sciences, Inc. v. Board of Trustees of Leland Stanford Junior Univ., 489 U.S. 468, 109 S.Ct. 1248, 103 L.Ed.2d 488 (1989); John Wiley & Sons, Inc. v. Livingston, 376 U.S. 543, 84 S.Ct. 909, 11 L.Ed.2d 898 (1964); Klosters Rederi A/S v. Arison Shipping Co., 280 So.2d 678 (Fla.1973); Bonner v. RCC Assocs., Inc., 679 *198 So.2d 794 (Fla. 3d DCA 1996); Beverly Hills Dev. Corp. v. George Wimpey of Florida, Inc., 661 So.2d 969 (Fla. 5th DCA 1995).
DAUKSCH, COBB and GOSHORN, JJ., concur.